# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN JOSEPH SMITH

JUDGMENT IN A CIVIL CASE

v.

ALEXIS T. WALLACE

CASE NUMBER: C10-5763RBL/KLS

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** prior to service for failure to state a claim.

| December 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
By, Deputy Clerk